UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

| | |
|---|---|
| MARIE AND JOSEPH DANVERS, )<br>as next friend for minor CAROL DANVERS, )<br>C/O Bosson Legal Group, P.C. )<br>8300 Arlington Blvd )<br>Fairfax, VA 22031 )<br>  )<br>  *Plaintiff*, )<br>  )<br>  v. )<br>  )<br>LOUDOUN COUNTY SCHOOL BOARD, et al, )<br>  )<br>  *Defendants*. )<br>  ) | Civil Action No. 1:21-cv-1028 |

## ORDER

Upon consideration of Plaintiff's Motion For Leave to Proceed Under Pseudonyms, related briefing, and the entire record herein, and for good cause shown, it is hereby:

ORDERED that the Motion is GRANTED and Plaintiff shall be solely identified by pseudonym as Carol Danvers, and her parents and next friends as Marie and Joseph Danvers, in the Complaint, pleadings, and all documents filed on the public docket in the above-captioned matter.

SO ORDERED, this 13th day of September, 2021.

/s/
John F. Anderson
United States Magistrate Judge